IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:22CR79 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHNNY DOLPH, JENNIFER NORWOOD, and JUANITA GIBSON, | ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [94]. Counsel for defendant, Juanita Gibson requests additional time to conduct plea negotiations. Counsel for the codefendants and the government do not object to the continuance request. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [94] is granted, as follows:

1. The jury trial, **for all defendants**, now set for January 30, 2023, is continued to **March 6, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 6, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** January 25, 2023.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**