AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)            Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>JOHNNY DOLPH | ) ) ) ) ) ) ) ) |

Date of Original Judgment:  08/18/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Case No:  8:22CR79-001
USM No:  90024-509

Stuart J. Dornan
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
        *(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant's pro se motion (Filing No. 222) is denied.

Except as otherwise provided, all provisions of the judgment dated    08/18/2023    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:    05/13/2026

*Judge's signature*

Effective Date: _____
        *(if different from order date)*

Robert F. Rossiter, Jr., Chief U.S. District Court Judge
*Printed name and title*