IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:22CR72** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHNNY A. DOLPH, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | **8:22CR79** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHNNY A. DOLPH, | |
| Defendant. | |

In accordance with the Memorandum and Order entered today (Filing No. 142 in Case No. 8:22CR72 and Filing No. 239 in Case No. 8:22CR79), judgment is entered in favor of the United States of America and against Johnny A. Dolph.

Dated this 22nd day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge